REUBEN SATTERTHWAITE, JR., Attorney General of the State of Delaware, upon the relation of IRVING TRUST COMPANY, a banking corporation of the State of New York, as Trustee in Bankruptcy of Bankers Capital Corporation and Bankers Capital Company of Connecticut,

*vs.*

EASTERN BANKERS CORPORATION, a corporation organized and existing under the laws of the State of Delaware.

*New Castle, March* 12, 1931.

*Charles C. Keedy*, and *William B. Kealy*, of New York, for relator.

*Clarence A. Southerland*, of the firm of Ward & Gray, for defendant.

THE CHANCELLOR held that the claim for refund could not be expected to be pressed with confidence in its merits by the present officers and directors who, if the facts upon which the merits of the claim for refund rest are true, were guilty of so manipulating the corporation's financial showing as to make a false appearance of profits out of which dividends were declared

by them; that the defendant is entitled to have the merits of the claim for refund intelligently and sincerely urged before the commissioner to the end that resort to suit for collection of the overpaid taxes with its necessary expense and delay might possibly be avoided; and that it would not be reasonable to permit the fate of the claim for refund to be left under the possibility of a withdrawal by the officers and directors whose personal interests were in opposition to it. Accordingly an order appointing a receiver *pendente lite* was entered.